463 A.2d 35

Miller v. Miller, Appellant.

Submitted February 4, 1983. Michael D. Fioretti, for appellant; George P. Stahl, Jr., for appellee.

638

Before WIEAND, McEWEN and MONTGOMERY, JJ.
Order affirmed.